# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE JANIS L. SAMMARTINO, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CLIFFORD JUSTUS HAWKINS,<br><br>    Defendant. | Criminal Case No. **21-CR-3585-JLS**<br><br><br>**ORDER** |

Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion/Trial Setting for Defendant in the above-captioned matter currently scheduled for March 4, 2022 at 1:30 PM, be rescheduled to March 25, 2022 at 1:30 PM.  Defendant shall file an acknowledgement of the new hearing date within one week of this order.

For reasons stated in the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

**SO ORDERED.**

Dated:  March 2, 2022

Hon. Janis L. Sammartino
United States District Judge