# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE JANIS L. SAMMARTINO, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLIFFORD JUSTUS HAWKINS,<br><br>　　　　Defendant. | Criminal Case No. **21-CR-3585-JLS**<br><br>**ORDER** |

　　　Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting for Defendant in the above-captioned matter currently scheduled for September 30, 2022 at 1:30 PM, be rescheduled to November 2, 2022 at 1:30 PM.

　　　For reasons stated in the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

　　　**SO ORDERED.**

Dated: September 28, 2022

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge